UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| K&S ENGINEERS, INC., WISCONSIN CENTRAL LTD., NORTHERN ILLINOIS GAS COMPANY d/b/a NICOR GAS COMPANY, MICHELS CORPORATION, BURNS & MCDONNELL ENGINEERING COMPANY, INC., D'ESCOTO, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 3:19-cv-00716-JD-MGG

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Tokio Marine Specialty Insurance Company, by counsel, states:

1. Plaintiff is a wholly-owned subsidiary of the Philadelphia Consolidated Holding Corporation, a Pennsylvania-domiciled insurance company, which itself is a wholly-owned subsidiary of Tokio Marine North America, Inc. Tokio Marine North America, Inc. is a Delaware domiciled insurance holding company that is a wholly-owned subsidiary of Tokio Marine & Nichido Fire Insurance Company, Ltd., a privately held insurance company organized under the Companies Act of Japan. Tokio Marine & Nichido Fire Insurance Company, Ltd. is a subsidiary of Tokio Marine Holdings, Inc., an insurance holding company organized under the Companies Act of Japan.

2.       Tokio Marine Holdings, Inc., the parent company of Plaintiff, is not publicly traded on any American stock exchange, but is publicly traded on the Tokyo and Osaka exchanges and owns more than ten percent (10%) of the Plaintiff's stock through its subsidiaries.

       LEWIS WAGNER, LLP

   By  /s/ Meghan E. Ruesch
       MEGHAN E. RUESCH, #32473-49
       MICHAEL R. GIORDANO, #31317-53
       LEWIS WAGNER, LLP
       501 Indiana Avenue, Suite 200
       Indianapolis, IN 46202
       Phone: (317) 237-0500
       FAX: (317) 630-2790
       mruesh@lewiswagner.com
       mgiordano@lewiswagner.com
       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 9th day of September 2019:

| | |
|---|---|
| Michels Corporation<br>c/o CT Corporation System, RA<br>150 West Market Street, Suite 800<br>Indianapolis, IN  46204 | D'Escoto, Inc.<br>c/o CT Corporation System, RA<br>150 West Market Street, Suite 800<br>Indianapolis, IN  46204 |
| Burns & McDonnell Engineering Company, Inc.<br>c/o INCORP SERVICES, INC., R.A.<br>200 Byrd Way, Suite 205<br>Greenwood, IN  46143 | Wisconsin Central LTD<br>c/o CT Corporation System, R.A.<br>150 West Market Street, Suite 800<br>Indianapolis, IN  46204 |
| Northern Illinois Gas Company<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL  62703 | K &  S Engineers, Inc.<br>c/o Dibakar Sundi<br>1521 Somerset Drive<br>Munster, IN  46321 |

      By: /s/ Meghan E. Ruesch
         MEGHAN E. RUESCH, #32473-49

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Phone: (317) 237-0500
FAX: (317) 630-2790
mgiordano@lewiswagner.com
mruesch@lewiswagner.com