## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| K&S ENGINEERS, INC., WISCONSIN CENTRAL LTD., NORTHERN ILLINOIS GAS COMPANY d/b/a NICOR GAS COMPANY, MICHELS CORPORATION, BURNS & MCDONNELL ENGINEERING COMPANY, INC., D'ESCOTO, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 3:19-cv-00716-JD-MGG

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Tokio Marine Specialty Insurance Company ("Tokio Marine"), by counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A), and files its Notice of Dismissal, without prejudice. In support thereof, Plaintiff states the following:

1. Tokio Marine filed this lawsuit on September 5, 2019. (Dkt. 1, et seq.)

2. Defendant Northern Illinois Gas Company d/b/a Nicor Gas Company ("Nicor") filed a Motion to Dismiss on October 3, 2019. (Dkt. 10)

3. Defendant Wisconsin Central Ltd. filed its appearance on October 24, 2019 (Dkt. 13, 14) and an Unopposed Motion for Extension of Time to Answer or Otherwise Plead on November 15, 2019. (Dkt. 15)

4. No defendant has filed either an answer or motion for summary judgment in this suit.

5.

6. The sole issue in this lawsuit concerns insurance coverage under a Tokio Marine Primary and Excess policy issued to defendant K&S Engineers, Inc.'s ("K&S") in connection with an underlying lawsuit to which the other defendants, including Nicor, are parties.

7. Tokio Marine and K&S, who has not yet appeared in this suit, came to an agreement regarding insurance coverage under the Tokio Marine policies, and at this time Tokio Marine hereby withdraws its claims in this lawsuit, without prejudice.

WHEREFORE, Plaintiff Tokio Marine Specialty Insurance Company, by counsel, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A) files its Notice of Dismissal, without prejudice.

                                      LEWIS WAGNER, LLP

                                      By   /s/ Meghan E. Ruesch
                                              MEGHAN E. RUESCH, #32473-49
                                            MICHAEL R. GIORDANO, #31317-53
                                            LEWIS WAGNER, LLP
                                            501 Indiana Avenue, Suite 200
                                            Indianapolis, IN 46202
                                            Phone: (317) 237-0500
                                            FAX: (317) 630-2790
                                            mruesh@lewiswagner.com
                                            mgiordano@lewiswagner.com
                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      This is to certify that I have served a copy of the foregoing upon all counsel of record, as follows, by first class U.S. mail, postage prepaid, on this 9th day of December 2019:

Michels Corporation
c/o CT Corporation System, RA
150 West Market Street, Suite 800
Indianapolis, IN  46204

D'Escoto, Inc.
c/o CT Corporation System, RA
150 West Market Street, Suite 800
Indianapolis, IN  46204

Burns & McDonnell Engineering
Company, Inc.
c/o INCORP SERVICES, INC., R.A.
200 Byrd Way, Suite 205
Greenwood, IN  46143

Colleen Konicek
Paula E. Pitrak
FLETCHER & SIPPEL LLC
29 N. Wacker Dr., Ste. 800
Chicago, IL 60606
ckonicek@fletcher-sippel.com
ppitrak@fletcher-sippel.com
***Attorneys for Defendant Wisconsin Central Ltd.***

Ryan W. Fuoss
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
rfuoss@mayerbrown.com
***Attorney for Defendant Northern Illinois Gas Company***

K & S Engineers, Inc.
c/o Dibakar Sundi
1521 Somerset Drive
Munster, IN  46321

                      By: /s/ Meghan E. Ruesch
                          MEGHAN E. RUESCH, #32473-49

      LEWIS WAGNER, LLP
      Suite 200
      501 Indiana Avenue
      Indianapolis, IN 46202
      Phone: (317) 237-0500
      FAX: (317) 630-2790
      mruesch@lewiswagner.com
      mgiordano@lewiswagner.com